UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WAYNE J. NELSON**, <br><br> Plaintiff, <br><br> vs. <br><br> **KYM WORTHY**, et al., <br><br> Defendants. | 2:22-CV-11195-TGB-JJCG <br><br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE (ECF NO. 1)** |

Michigan state prisoner Wayne J. Nelson filed a *pro se* civil rights complaint, but failed to pay the filing fee or, alternatively, to apply in the manner required by law to proceed without paying the filing fee. On July 15, 2022, the Court issued an order requiring Plaintiff to submit the filing fee or to file the necessary papers to proceed *in forma pauperis* without paying the filing fee. ECF No. 4. The Court cautioned that failure to correct the deficiency within 30 days would result in dismissal of the case without prejudice. *Id.* Plaintiff has failed to correct the deficiency in the time provided.

Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**. Should Plaintiff wish to re-raise his claims, he will need to file a new complaint and pay the required filing fee or apply to proceed *in forma pauperis* by submitting a certified trust account statement and an affidavit of indigence as required by 28 U.S.C. § 1915(a)(2).

**IT IS SO ORDERED**.

Dated: September 20, 2022

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

    I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on September 20, 2022.

                              s/A. Chubb
                              Case Manager