UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WAYNE J. NELSON**, <br><br> Plaintiff, <br><br> vs. <br><br> **KYM WORTHY,** et al., <br><br> Defendants. | **2:22-CV-11195-TGB-JJCG** <br><br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan:  September 20, 2022.

                                              KINIKIA ESSEX
                                              CLERK OF THE COURT

                                              s/A. Chubb
                                              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE